# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESCALERA,<br>BOP #89120-198,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PUBLIC DEFENDERS OFFICE, et al.,<br><br>　　　　　　　Defendants. | Civil No.　08-2168 IEG (RBB)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR POSTPONEMENT OF PROCEEDINGS**<br><br>**[Doc. No. 8]** |

　　　Plaintiff, an inmate currently incarcerated at Federal Correctional Institution in Memphis, Tennessee and proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2009 the Court granted Plaintiff leave to proceed *in forma pauperis* and *sua sponte* dismissed his complaint without prejudice for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). (Doc. No. 3.) On April 24, 2009, the Court granted Plaintiff's motion for extension of time to file his first amended complaint, giving him leave until June 8, 2009 to file the pleading. (Doc. No. 6.) The Court has received Plaintiff's letter requesting the Court to "postpone" his case indefinitely because of his lack of access to legal materials. (Doc. No. 8.) Because Plaintiff has not filed an amended complaint, his case remains dismissed without prejudice pursuant to the reasons set forth in the Court's January 12, 2009 Order.

///

     If Plaintiff wishes to prosecute this action further, he may file a new complaint in this Court under a new case number.

**IT IS SO ORDERED.**

**DATED:  June 3, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**